UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

JESSE J. BARNES,

                Plaintiff,

-against-

BRIAN FISCHER, et al.,

                *Defendants.*

**STIPULATION AND ORDER OF DISCONTINUANCE PURSUANT TO RULE 41(A)**

11-CV-01262

TJM/CFH
[Mediation]

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned, Jesse J. Barnes, *pro se* plaintiff, and Eric T. Schneiderman, Attorney General of the State of New York, Bruce J. Boivin, Assistant Attorney General, of counsel, appearing for defendants, parties to the above entitled-action, that, whereas no party hereto is an infant or incompetent person for whom a committee has been appointed, and no person not a party has an interest in the subject matter of the action, plaintiff hereby discontinues this action with prejudice and without damages, costs, interest, or attorney's fees as to all defendants.

Dated: Plattsburgh, New York
July 18, 2014

                              Jesse J. Barnes, Plaintiff pro se
                              Upstate Correctional Facility
                              P.O. Box 2001
                              Malone, New York 12953-2001

Dated: Plattsburgh, New York
July 18, 2014

        ERIC T. SCHNEIDERMAN
        Attorney General of the State of New York
        Attorney for Defendants
        The Capitol
        Albany, New York 12224-0341

        By: _____
        Bruce J. Boivin
        Assistant Attorney General, of Counsel
        Bar Roll No. 105829
        Telephone: (518) 473-5093
        Email: Bruce.Boivin@ag.ny.gov

Dated: Plattsburgh, New York
July 18, 2014

SO ORDERED:

_____
Hon. Christian F. Hummel
U.S. Magistrate Judge